THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO JAMES, JR. | : |
| Plaintiff, | : |
| v. | : 3:13-CV-1638 |
| | : (JUDGE MARIANI) |
| TRI-WAY METALWORKERS, INC. | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 26th DAY OF MAY, 2016**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 26), **IT IS HEREBY ORDERED THAT** the Defendant's motion is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANT** Tri-Way Metalworkers, Inc. and **AGAINST PLAINTIFF** Leo James, Jr.

Robert D. Mariani
United States District Court Judge